**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Michael Collins Iheme,                                  Civil No. 12-2270 (DWF/JJK)

          Plaintiff,

v.                                                      **ORDER ADOPTING REPORT**
                                                        **AND RECOMMENDATION**

Warden Michelle Smith, Stillwater
Prison, Minnesota; and Tony Forchas,
Minncor Director,

          Defendants.


This matter is before the Court upon Plaintiff Michael Collins Iheme's ("Plaintiff")

objections (Doc. No. 15) to Magistrate Judge Jeffrey J. Keyes's November 5, 2012

Report and Recommendation (Doc. No. 5) insofar as it recommends that:  (1) Plaintiff's

motion to be excused from paying an initial partial filing fee be granted; (2) Plaintiff's

application for leave to proceed *in forma pauperis* be denied; (3) this action be summarily

dismissed pursuant to 28 U.S.C. § 1915A(b)(1); (4) Plaintiff be required to pay the unpaid

balance of the Court filing fee, namely the full $350, in accordance with 28 U.S.C.

§ 1915(b)(2); and (5) the dismissal of this action be counted as a "strike" against Plaintiff

for purposes of 28 U.S.C. § 1915(g).

The Court has conducted a *de novo* review of the record, including a review of the

arguments and submissions of the parties, pursuant to 28 U.S.C. § 636(b)(1) and Local

Rule 72.2(b).  The factual background for the above-entitled matter is clearly and

precisely set forth in the Report and Recommendation and is incorporated by reference

for purposes of Plaintiff's objections.

Having carefully reviewed the record, the Court concludes that Plaintiff's

objections offer no basis for departure from the Report and Recommendation.  Plaintiff

appears to dispute the dismissal of his claims on the merits pursuant to 28 U.S.C.

§ 1915A(b)(1).  The Court finds, as did Magistrate Judge Keyes, that Plaintiff cannot

plead an actionable Title VII claim based on alleged discrimination at a prison job.  *See*

*Battle v. Minn. Dept. of Corrections*, 40 Fed. Appx. 308, 310 (8th Cir. 2002) (concluding

that inmate was not an employee for purposes of Title VII).  Dismissal of his claims is

therefore proper.

Based upon the *de novo* review of the record and all of the arguments and

submissions of the parties, and the Court being otherwise duly advised in the premises,

the Court hereby enters the following:

## ORDER

1.     Plaintiff Michael Collins Iheme's objections (Doc. No. [15]) to Magistrate

Judge Jeffrey J. Keyes's November 5, 2013 Report and Recommendation are

**OVERRULED**.

2.     Magistrate Judge Jeffrey J. Keyes's November 5, 2012 Report and

Recommendation (Doc. No. [5]) is **ADOPTED**.

3.     Plaintiff Michael Collins Iheme's motion to be excused from paying an

initial partial filing fee (Doc. No. [4]) is **GRANTED**.

4.      Plaintiff Michael Collins Iheme's application for leave to proceed *in forma*

*pauperis* (Doc. No. [2]) is **DENIED**.

5.      This action is summarily **DISMISSED** pursuant to 28 U.S.C.

§ 1915A(b)(1).

6.      Plaintiff Michael Collins Iheme is required to pay the unpaid balance of the

Court filing fee, namely the full $350, in accordance with 28 U.S.C. § 1915(b)(2).

7.      The dismissal of this action is counted as a strike against Plaintiff

Michael Collins Iheme for purposes of 28 U.S.C. § 1915(g).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  May 6, 2013                     s/Donovan W. Frank
                                        DONOVAN W. FRANK
                                        United States District Judge